cation of his driving privileges. He argues that the sheriff did not have probable cause to arrest him at the time he asked Mr. Smith to exit his vehicle. Finding no miscarriage of justice or manifest injustice, we affirm. Because a published opinion would have no precedential value, we affirm by this summary order and have supplied the parties with a memorandum setting forth the reasons for our decision. Judgment affirmed. Rule 84.16(b).

charges of first-degree assault, § 565.050, RSMo 1994; first-degree burglary, § 569.160, RSMo 1994; armed criminal action, § 571.015, RSMo 1994; and unlawful use of a weapon, § 571.030, RSMo 1994, against Stephen J. Thorp.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Appellant,**

v.

**Stephen Jay THORP, Respondent.**

No. WD 53728.

Missouri Court of Appeals,
Western District.

Dec. 23, 1997.

**STATE of Missouri, Respondent,**

v.

**James Paul TURNER, Appellant.**

No. WD 53675.

Missouri Court of Appeals,
Western District.

Dec. 23, 1997.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Appellant.

Christopher A. Slusher, Asst. Public Defender, Office, Columbia, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

Per Curiam.

The State of Missouri appeals the trial court's dismissal with prejudice of the

William Fickle, Platte City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

Per Curiam.

James Paul Turner appeals the circuit court's judgment convicting him of felony